UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIER JOHNSON, an individual,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DAVID PAGLIARULO, an individual; and<br>MIKE PALMA, an individual,<br><br>　　　　　　　　　　　　Defendants. | Civil No.   07-CV-1306 BEN (CAB)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

　　　　　On September 11, 2007, the Court held an Early Neutral Evaluation Conference.  The case did not settle.  Therefore, the Court discussed compliance with Federal Rules of Civil Procedure, Rule 26 immediately thereafter.  Based thereon, IT IS HEREBY ORDERED:

　　　　　1.　　Any objections made to initial disclosure pursuant to Federal Rule of Civil Procedure, Rule 26(a)(1)(A)-(D) are overruled, and the parties are ordered to proceed with the initial disclosure process.  Any further objections to initial disclosure will be resolved as required by Rule 26.

　　　　　2.　　The Rule 26(f) conference shall be completed on or before **October 12, 2007**;

　　　　　3.　　The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before **October 19, 2007**;

　　　　　4.　　A discovery plan shall be lodged with Magistrate Judge Bencivengo on or before **October 19, 2007**; and,

　　　　　5.　　A Case Management Conference, pursuant to Federal Rule of Civil Procedure

1  16(b) shall be held on **October 26, 2007**, at **1:30 p.m.**  The conference shall be <u>telephonic</u>, with
2  <u>attorneys only</u>.  Counsel for Plaintiff shall coordinate and initiate the conference call.
3     Failure of any counsel or party to comply with this Order will result in the imposition of
4  sanctions.
5     **IT IS SO ORDERED.**

7  DATED:  September 12, 2007

   _____
   **CATHY ANN BENCIVENGO**
   United States Magistrate Judge