UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIER JOHNSON, a California corporation,<br><br>                            Plaintiff,<br><br>    v.<br><br>DAVID PAGLIARULO; MIKE PALMA; and DOES 1 through 50, inclusive,<br><br>                           Defendants.<br><br>And related counterclaim. | Civil No.   07cv1306-BEN (CAB)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

      Plaintiff's counsel contacted the Court on April 14, 2008 and represented that the case has settled. Accordingly, IT IS HEREBY ORDERED:

      1.      The Mandatory Settlement Conference scheduled for April 30, 2008 shall be VACATED.

      2.      A Joint Motion for Dismissal shall be electronically filed on or before **April 28, 2008**.[1] On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Roger T. Benitez, shall be emailed

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

- 1 -

07cv1306

1            to the chambers of the Honorable Cathy Ann Bencivengo.[2]

2     3.     If a Joint Motion for Dismissal and proposed order for dismissal are not submitted

3            on or before April 28, 2008, then a Settlement Disposition Conference shall be held

4            on **April 29, 2008**, at **9:30 a.m.** before Judge Bencivengo.  The conference shall be

5            <u>telephonic</u>, with <u>attorneys only</u>.  Counsel for Plaintiff shall initiate and coordinate

6            the conference call.

7     4.     If a Joint Motion for Dismissal and proposed order for dismissal are received on or

8            before April 28, 2008, the Settlement Disposition Conference shall be VACATED

9            without further court order.

DATED: April 14, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge

---

[2] *See id.* § h, for the chambers' official email address and procedures on emailing proposed orders.