FILED

08 APR 30 AM 11: 08

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIER JOHNSON, a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID PAGLIARULO, an individual; MIKE PALMA, an individual; and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>_____<br>DAVID PAGLIARULO, an individual; and MICHAEL PALMA, an individual,<br><br>    Counterclaimants,<br><br>v.<br><br>CARRIER JOHNSON, a California corporation,<br><br>    Counterdefendant. | Case No. 07-CV-1306 BEN (CAB)<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL |

On April 28, 2008, a Stipulation for Dismissal With Prejudice [doc. #19] of the complaint and counterclaim was filed by the parties since they have reached a full and final settlement of all claims between them.

[~~PROPOSED~~] ORDER FOR DISMISSAL                                                                                          07cv1306-BEN(CAB)

1     Accordingly, **IT IS HEREBY ORDERED** that:

2     This action is dismissed in its entirety with prejudice.

4   Dated: April 29, 2008

                                          HONORABLE ROGER T. BENITEZ
United States District Court Judge